1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

TRANSAMERICA LIFE
INSURANCE COMPANY,

11

Plaintiff,

12

v.

13

ANGELINA D. SLEE, et al.,

14

Defendants.

CASE NO. C19-1536JLR

ORDER OF REFERENCE

15

16

17

18

19

20

21

22

This action is assigned to the Honorable James L. Robart, United States District

Judge. All future documents filed in this case must bear the cause number

C19-1536JLR-DWC. The court has reviewed the files and records herein and determined

that certain pretrial matters are appropriate to refer to a Magistrate Judge as described

below.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule MJR 3, the court hereby

refers to Magistrate Judge David W. Christel all motions related to discovery disputes,

1  including but not limited to motions to compel discovery, motions for a protective order

2  related to discovery, and motions related to issues of privilege. *See* 28 U.S.C.

3  § 636(b)(1)(A); Local Rules W.D. Wash. MJR 3(a). Federal Rule of Civil Procedure

4  72(a) governs any objections to Magistrate Judge David W. Christel's rulings concerning

5  the above-described discovery motions. *See* Fed. R. Civ. P. 72(a); Local Rules W.D.

6  Wash. MJR 3(b).

7  Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the court

8  also hereby refers to Magistrate Judge David W. Christel for preparation of a report and

9  recommendation all motions (1) for a temporary restraining order pursuant to Federal

10  Rule of Civil Procedure 65(b); (2) for judgment on the pleadings pursuant to Federal Rule

11  of Civil Procedure 12(c); (3) to dismiss pursuant to Federal Rule of Civil Procedure

12  12(b); and (4) for a default judgment pursuant to Federal Rule of Civil Procedure 55(b).

13  *See* 28 U.S.C. § 636(b)(1)(B); Local Rules W.D. Wash. MJR(a)(3). Federal Rule of Civil

14  Procedure 72(b) governs any further proceedings in this court after Magistrate Judge

15  David W. Christel files a report and recommendation. *See* Fed. R. Civ. P. 72(b); Local

16  Rules W.D. Wash. MJR 4(c).

17  Accordingly, the court ORDERS that the above-entitled action is referred to

18  Magistrate Judge David W. Christel for the specific purposes and types of motions

19  //

20  //

21  //

22  //

described herein.  The court further DIRECTS and EMPOWERS Magistrate Judge David

W. Christel to conduct hearings and make further necessary orders consistent with 28

U.S.C. § 636, the local rules, and this order.

Dated this 7th day of November, 2019.

JAMES L. ROBART
United States District Judge