UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANGELINA D. SLEE, et al.,<br><br>　　　　Defendants. | CASE NO. 2:19-CV-1536-JLR-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　Defendants' Motion to Dismiss (Dkt. 25) is DENIED.

(3)　The Clerk is directed to send copies of this Order to the parties and to the Hon. David W. Christel.

**DATED** this 23rd day of April, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　James L. Robart
　　　　　　　　　　　　　　　　United States District Judge