1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13
14
15

| TRANSAMERICA LIFE INSURANCE COMPANY, | CASE NO. C19-1536JLR-DWC |
|---|---|
| Plaintiff, | ORDER OF REFERENCE |
| v. | |
| ANGELINA D. SLEE, et al., | |
| Defendants. | |

16
17
18
19
20
21
22

Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the court hereby refers to Magistrate Judge David W. Christel for preparation of a report and recommendation Plaintiff/Counter-Defendant's Transamerica Life Insurance Company's pending motion for summary judgment. (*See* MSJ (Dkt. # 45).) Federal Rule of Civil Procedure 72(b) governs any further proceedings in this court after Magistrate Judge David W. Christel files a report and recommendation concerning the motion. See Fed. R. Civ. P. 72(b); Local Rules W.D. Wash. MJR 4(c).

ORDER - 1

1         Accordingly, the court ORDERS that the above-entitled action is referred to
2  Magistrate Judge David W. Christel for the specific purposes and motion described
3  herein.  The court further DIRECTS and EMPOWERS Magistrate Judge David W.
4  Christel to conduct hearings and make further necessary orders consistent with 28 U.S.C.
5  § 636, the local rules, and this order.
6         Dated this 17th day of November, 2020.

                                             _____
                                             JAMES L. ROBART
                                             United States District Judge