UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TRANSAMERICA LIFE
INSURANCE COMPANY,

        Plaintiff,

   v.

ANGELINA D. SLEE, et al.,

        Defendants.

CASE NO. 2:19-CV-1536-JLR-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's Motion for Summary Judgment (Dkt. 45) is GRANTED.

(3)     The Clerk is directed to send copies of this Order to the parties and to the Hon. David W. Christel.

**DATED** this 4th day of January 2021.

                                                              James L. Robart
                                                              United States District Judge